IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | CRIMINAL NO. 07-30086-01-GPM |
| ) | |
| DORRIS CHERRY,  ) | |
| ) | |
| Defendant.  ) | |

# ORDER AND NOTICE OF SENTENCING

**MURPHY, Chief District Judge:**

Defendant **DORRIS CHERRY** pleaded guilty to Count(s) 1, 2, 3 & 4 of the Indictment, and no objections have been filed to the Report and Recommendation of the United States Magistrate Judge. A Presentence Investigation Report is ordered. The Court will defer a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report.

Sentencing is scheduled for **11/26/2007 at 8:00 AM at the E. St. Louis, Illinois Courthouse**.

**IT IS SO ORDERED.**

DATED: September 5, 2007

S/G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge